## CHORPENNING, GOOD, CARLET & GARRISON
ATTORNEYS AT LAW

| | |
|---|---|
| **CHORPENNING, GOOD & PANDORA CO., L.P.A.**<br>605 SOUTH FRONT STREET, SUITE 210<br>COLUMBUS, OHIO 43215<br>(614) 469-1301<br>FAX (614) 469-0122 | **CARLET, GARRISON, KLEIN & ZARETSKY, L.L.P.**<br>623 FIFTH AVENUE, 24TH FLOOR<br>NEW YORK, NEW YORK 10022<br>(212) 869-2147<br>FAX (973) 777-0412 |

REPLY TO:   NEW YORK

March 28, 2014

<u>Via ECF</u>
Hon. Paul A. Crotty
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

re:   Monumental Life Insurance Company v. Missionaries of Charity, Inc. and
Sita C. Amba-Rao, Individually and as Personal Representative of the Estate of
Chintakindi L. Amba-Roa
Civil Action No. 14-0051 (PAC)

Dear Judge Crotty:

The undersigned represents the plaintiff in the above-referenced matter.

I write to you pursuant to Rule 1.E. of Your Honor's Individual Practices to request an extension of time for the defendants to answer the Summons and Complaint in the above-referenced matter.

The Complaint in this action is for interpleader, and I understand that the defendants have reached a resolution of their disputed claims to the stake held by my client. The parties are in the process of agreeing to the form of a settlement agreement, but the defendants' answers, or other responsive pleading, are due by April 1, 2014. The attorney for defendant, Sita Amba-Rao has asked that I consent, and the undersigned has agreed, to grant the defendants extensions of time of 14 days in order to afford the parties sufficient time to finalize the form of settlement agreement and execute same.

Accordingly, I respectfully request that the defendants be granted an extension of time to answer, up to and including April 15, 2014. There has been no prior request by any party for an extension of time for the defendants to answer or otherwise respond to the Summons and Complaint. Please note that defendants have not yet appeared, and I am serving a copy of this letter upon their respective attorneys, who I do not believe are admitted in this District, by email.

CHORPENNING, GOOD, CARLET & GARRISON
ATTORNEYS AT LAW

Hon. Paul A. Crotty
March 28, 2014
Page 2

Thank you for your attention to this request.

                Respectfully yours,

                CHORPENNING, GOOD, CARLET
                & GARRISON, ESQS.

                By: _____
                    Michael J. Zaretsky

MJZ:ps

cc:    Andrew Heinz, Esq. (via email)
       Michael Gardner, Esq. (via email)